952 A.2d 1166

**Tyrone BURGESS, Petitioner**

v.

**Thomas CORBETT, Attorney General for the Commonwealth of Pennsylvania, James T. Wynder, Superintendent at SCI–Dallas, 1000 Follies Road Dallas, PA 18612, Respondents.**

Supreme Court of Pennsylvania.

July 8, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of July, 2008, the Application to File Original Process is Granted; the Petition for Writ of Habeas Corpus is Denied.